IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02222-MEH

DELBERT L. ARCHULETA,

    Plaintiff,

v.

BLAC-FRAC TANKS, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2015.**

    The Stipulated Motion for Protective Order [filed January 4, 2015; docket #25] is **granted**. The Court has added a provision to the proposed Stipulated Protective Order indicating that nothing in the order shall be construed to confer jurisdiction on the Court following the closure of this case. With that addition, the proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.