IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02222-MSK-MEH

DELBERT L. ARCHULETA,

    Plaintiff,

v.

BLAC-FRAC TANKS, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2015.**

    Before the Court are Plaintiff's Motion to Amend the Scheduling Order [filed February 20, 2015; docket #29] and Defendant's Motion to Amend the Scheduling Order [filed February 24, 2015; docket #32].  The Court finds no reasonable basis on which to deny Plaintiff's motion outright, particularly because the Defendant does not oppose Plaintiff's primary request to extend the expert disclosure deadline.  The Court finds good cause to extend both the Plaintiff's request and the Defendant's request (in part) to extend the initial expert and rebuttal expert disclosure deadlines.  However, the Court disagrees both with the Plaintiff that the discovery deadline need not be extended and with the Defendant that the discovery deadline be extended longer than 30 days.

    Accordingly, the Court **grants in part and denies in part** the motions, and finds good cause to modify paragraph 9 of the Scheduling Order as follows:

| | |
|---|---|
| Initial expert disclosures due: | March 23, 2015 |
| Rebuttal expert disclosures due: | May 11, 2015 |
| Discovery cutoff: | June 30, 2015 |
| Dispositive motions due: | July 31, 2015 |