IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02222-MSK-MEH

DELBERT L. ARCHULETA,

    Plaintiff,

v.

BLAC-FRAC TANKS, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2015.**

    Plaintiff's Motion to Amend the Scheduling Order [filed May 14, 2015; docket #35] is **granted**. The Court finds good cause to modify paragraph 9 of the Scheduling Order as follows:

Joinder of Parties and Amendment of Pleadings:     May 22, 2015

All other deadlines and conference dates will remain the same.