IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02222-MSK-MEH

DELBERT L. ARCHULETA,

    Plaintiff,

v.

BLAC-FRAC TANKS, INC., and
RALPH SNOW,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2015.**

    Defendant Snow's Unopposed Motion to Amend the Scheduling Order and Set Disclosure Deadline [filed June 29, 2015; docket #44] is **granted**. The Court finds good cause to modify paragraph 9 of the Scheduling Order as follows:

| | |
|---|---|
| Rule 26(a)(1) disclosures deadline: | July 25, 2015 |
| Discovery cutoff: | September 30, 2015 |
| Dispositive motions deadline: | October 31, 2015 |