IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02222-MSK-MEH

DELBERT L. ARCHULETA,

      Plaintiff,

v.

BLAC-FRAC TANKS, INC., and
RALPH SNOW,

      Defendants.

_____

## MINUTE ORDER

_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 24, 2015.**

      Defendant Snow's Second Unopposed Motion to Amend the Scheduling Order and Set Disclosure Deadline [filed September 23, 2015; docket #50] is **granted**. The Court finds good cause to modify paragraph 9 of the Scheduling Order as follows:

| | |
|---|---|
| Discovery cutoff: | October 21, 2015 |
| Dispositive motions deadline: | November 23, 2015 |