IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02222-MSK-MEH

DELBERT L. ARCHULETA,

    Plaintiff,

v.

BLAC-FRAC TANKS, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Joint Motion for Dismissal With Prejudice of Claims Against Defendant Blac-Frac Tanks, Inc. (Motion) **(#62)** filed February 2, 2016. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 2nd day of February, 2016.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Court